## HINES v. STATE. (No. 13191.)

Court of Criminal Appeals of Texas. Jan. 8, 1930.

E. L. Roark, of Dallas, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for robbery, punishment being 25 years in the penitentiary.

The record is here without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.